Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| THE PORTER CASINO RESORT, INC.<br>PLAINTIFF<br><br>VS.<br><br>GEORGIA GAMING INVESTMENT, LLC, and TENNESSEE HOLDING INVESTMENTS, LLC<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>2:18-cv-02231-SHM/dkv |

## AFFIDAVIT OF SANDIP PATEL

Personally appeared before me, the undersigned attesting authority, on this day came Sandip Patel ("Deponent") who, after being duly sworn, and upon oath, deposed and said as follows:

1.

Deponent is above the age of 18 years, is laboring under no disabilities, is personally familiar with the facts recited herein and is otherwise competent to make this Affidavit.

2.

Deponent makes this Affidavit in response to the directive contained in the Court's Order entered on June 28, 2018, requiring the submission of evidence

regarding the identity and residence of the owners of membership interests in and to the Defendant Georgia Gaming Investment, LLC.

3.

Georgia Gaming Investment, LLC is a duly formed and existing Limited Liability Company organized and existing under the laws of the State of Georgia. Attached to this Affidavit as Exhibit "A" collective are the Certificate of Organization and Articles of Organization of Georgia Gaming Investment, LLC.

4.

The principal address of Georgia Gaming Investment, LLC is 5675 Jimmy Carter Boulevard, Suite 110, Norcross, Gwinnett County, Georgia 30071. The Registered Address of 8800 Roswell Road, Building C, Suite 230, Fulton County, Georgia 30350.

5.

Deponent is a Member and Manager of Georgia Gaming Investment, LLC. Georgia Gaming Investment, LLC has not adopted an Operating Agreement or issued Share Certificates/Membership Certificates evidencing ownership of membership interests in the Limited Liability Company.

6.

Deponent is an individual resident of the State of Georgia. Deponent's residence address in the State of Georgia is 144 Shelton Drive, McDonough, Henry

County, Georgia 30252. Attached hereto as Exhibit "B" is a copy of Deponent's Georgia Driver's License.

7.

The other Member of Georgia Gaming Investment, LLC in addition to Deponent is Shiraz Saleem who is a resident of the State of Georgia. The residence address of Shiraz Saleem is 2225 Johnson Ferry Road, Marietta, Cobb County, Georgia 30062-6028. Attached hereto as Exhibit "C" is a copy of the Georgia Driver's License of Shiraz Saleem.

8.

Deponent and Shiraz Saleem are all of the Members of Georgia Gaming Investment, LLC as of the date of this Affidavit.

Further Deponent saith not.

[signature]
Sandip Patel

Sworn to and subscribed before me this 11th day of July, 2018.

[signature]
Notary Public

My Commission Expires: 8-22-2021

KIM BROWN NOTARY PUBLIC CATOOSA COUNTY, GA

Control Number : 17092318

# STATE OF GEORGIA

## Secretary of State

Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF ORGANIZATION

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

Georgia Gaming Investment, LLC
a Domestic Limited Liability Company

has been duly organized under the laws of the State of Georgia on **08/25/2017** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **08/28/2017**.

STATE OF GEORGIA 1776

B. P. K.

Brian P. Kemp
Secretary of State

EXHIBIT
tabbies
A

ARTICLES OF ORGANIZATION

*Electronically Filed*
Secretary of State
Filing Date: 8/25/2017 11:23:19 AM

**BUSINESS INFORMATION**

| | |
|---|---|
| CONTROL NUMBER | 17092318 |
| BUSINESS NAME | Georgia Gaming Investment, LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| EFFECTIVE DATE | 08/25/2017 |

**PRINCIPAL OFFICE ADDRESS**

| | |
|---|---|
| ADDRESS | 5675 Jimmy Carter Blvd., Suite 110, Norcross, GA, 30071, USA |

**REGISTERED AGENT'S NAME AND ADDRESS**

| NAME | ADDRESS |
|---|---|
| Jaymen Chavda | 8800 Roswell Road, Building C, Suite 230, Fulton, Atlanta, GA, 30350, USA |

**ORGANIZER(S)**

| NAME | TITLE | ADDRESS |
|---|---|---|
| Clough LLP | ORGANIZER | 8800 Roswell Rd, C-230, Atlanta, GA, 30350, USA |

**OPTIONAL PROVISIONS**

N/A

**AUTHORIZER INFORMATION**

| | |
|---|---|
| AUTHORIZER SIGNATURE | Jaymen Chavda |
| AUTHORIZER TITLE | Attorney In Fact |




EXHIBIT
B
tabbies


LIMITED-TERM
DRIVER'S LICENSE
DL NO
CLASS
DOB
EXP
Iss 05/15/2018
End NONE
Sex M
Eyes BLK
Hgt 6'-02"
Wgt 210 lb
GOVERNOR
COMMISSIONER

EXHIBIT
C